**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7977**

CHARLES A. BROWER,

             Plaintiff - Appellant,

        v.

DR. JAMES SMITH,

             Defendant – Appellee,

        and

ROY COOPER,

             Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:13-ct-03240-BO)

Submitted: March 17, 2016          Decided:  March 22,2016

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles A. Brower, Appellant Pro Se.  Kelly Street Brown, Elizabeth Pharr McCullough, YOUNG MOORE & HENDERSON, PA, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles A. Brower appeals the district court's order granting Dr. James Smith's summary judgment motion on Brower's 42 U.S.C. § 1983 (2012) claims, and he has filed a motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we deny Brower's motion for appointment of counsel and affirm the district court's judgment. See Brower v. Smith, No. 5:13-ct-03240-BO (E.D.N.C. Dec. 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED